UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT BOBBIE DANIELS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CATHI HARRIS, *et al*.<br><br>　　　　　　　　Defendants. | CASE NO. C09-5542RJB/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

　　　　The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

　　　　Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff is not currently in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

　　　　The Clerk is directed to mail a copy of this Order to Plaintiff.

　　　　DATED this 29th day September, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1