1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

BURT BOBBY DANIELS,

11

Plaintiff,

12

v.

13

ASSOCIATE SUPERINTENDENT HARRIS,
*et al.*,

14

15

Defendants.

No. 09-5542RJB/JRC

ORDER

16

17       This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

18   Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local

19   Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

20       Before the court is plaintiff's motion asking for reconsideration of an order denying

21   appointment of counsel (Dkt. # 21).  The order denying appointment of counsel was entered

22   November 10, 2009 (Dkt. # 8).  Local Rule 7 (h) mandates that motions for reconsideration be

23   filed within ten working days of the order.  This motion, filed April 21, 2010, is untimely and is

24   therefore DENIED.

25

26

ORDER - 1

The Clerk's Office is directed to send plaintiff a copy of this order and remove (Dkt. # 21) from the Court's calendar.

DATED this 30th day of April, 2010.


J. Richard Creatura
United States Magistrate Judge

ORDER - 2