UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT BOBBY DANIELS, et al.,<br><br>                Plaintiff,<br><br>    v.<br><br>ASSOCIATE SUPERINTENDENT HARRIS, et al.,<br><br>                Defendants. | CASE NO. C09-5542RJB/JRC<br><br>ORDER DENYING RECONSIDERATION OF THE ORDER CONSOLIDATING CASES |

      This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

      The court has ordered a number of other cause numbers consolidated with this action (ECF No. 35). Before the court is a second motion for reconsideration (ECF No. 49), filed by plaintiff Mujahid.

ORDER - 1

1  Neither the Fed. R. Civ. P. nor the Local Rules of this court allow for a second motion for
2  reconsideration.  The motion will not be addressed on the merits and the clerk is directed to
3  remove the motion from the courts calendar.
4  The Clerk of Court is directed to send a copy of this Order to plaintiffs.
5  DATED this 7th day of December, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2