1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12    BURT BOBBY DANIELS, et al.,

CASE NO.  C09-5542RJB/JRC

Plaintiff,

13
                                                ORDER DENYING PLAINTIFFS'
       v.                                       MOTIONS REGARDING DISCOVERY
14

15    CATHI HARRIS, et al.,

16                    Defendants.

17

18          This 42 U.S.C. §1983 civil rights matter has been referred to the undersigned Magistrate

19   Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR

20   1, MJR 3, and MJR 4.

21          Before the court are two motions for discovery filed by plaintiffs Abdullah Mujahid and
22
     Dennis Dumas (ECF No. 47 and 48).  Plaintiffs ask that they be provided with complete court
23
     files for all the consolidated cases and make the discovery demand of the court and defendants
24
     (ECF No. 47 and 48).
25

26

ORDER - 1

1  Proceeding in forma pauperis does not relieve plaintiffs of the costs associated with

2  litigation other than the filing fee.  Copies of court files are available through the clerk's office

3  for a fee.

4  Discovery requests to the parties are not filed with the court unless necessary to support a

5  motion to compel or other pleading.  Discovery should properly be served on the party who is the

6  subject of the discovery.  The court is not required to act until and unless a dispute arises

7  regarding the proposed discovery or response to discovery.

8  Therefore, the motion for discovery is DENIED.

9  The Clerk of Court is directed to send a copy of this Order to plaintiffs.

10  DATED this 27th day of December, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2