UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT BOBBY DANIELS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CATHI HARRIS, et al., <br><br> Defendants. | No. 09-5542RJB/JRC <br><br> ORDER DENYING ABDULLAH BILAL-LEFFAL JR.'S MOTION TO JOIN THIS ACTION AND FILE A COMPLAINT |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is a motion filed by a non-party. Mr. Bilal asks for permission to join the action and file a complaint (ECF No. 60).

Because of the procedural posture, the motion is DENIED WITHOUT PREJUDICE. Defendants filed a motion for summary judgment in Daniels v. Harris in August of 2010 (ECF No. 29). That motion was delayed as a result of the consolidation of other cases with identical issues. To allow another plaintiff to enter the action now would again delay consideration of the motion. If this action survives the currently pending motions, Mr. Bilal may renew his request.

ORDER - 1

1
2   The Clerk's Office is directed to send all six plaintiffs a copy of this order.
3   DATED this 25th day of January 2011.
4
5
6
7                                               J. Richard Creatura
                                                United States Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 2