1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BURT BOBBY DANIELS et al., | Case No.  C09-5542RJB/JRC |
| Plaintiffs, | |
| v. | ORDER RE-NOTING A MOTION |
| CATHI HARRIS, et al., | |
| Defendants. | |

This civil rights action filed pursuant to 42 U.S.C. § 1983 has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge's Rules MJR 1, MJR 3, and MJR 4.

Before the court is a "motion for default" filed by plaintiff Abdullah Mujahid (**ECF No. 53**).  In his motion, plaintiff Mujahid states he wants the court to order that the defendants are liable based upon the undisputed facts.  This motion is not a motion for default, but rather a motion for summary judgment.  Motions for summary judgment are noted for the third Friday after filing.  This motion is herby re-noted for **February 18, 2011** to give the parties adequate

ORDER RENOTING MOTION- 1

time to respond.  Further, the motion will not be heard unless plaintiff Mujahid files documents showing all parties have been served, this includes the other plaintiffs in this action

Dated this 25th day of January, 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER RENOTING MOTION- 2