# United States District Court

WESTERN DISTRICT OF WASHINGTON

BURT BOBBY DANIELS, *et al.*,

**JUDGMENT IN A CIVIL CASE**

v.

CASE NO. 09-5542RJB/JRC

CATHI HARRIS, Associate Superintendant of Special Commitment Center, PAUL TEMPOSTY, Food Manager Special Commitment Center, GREGORY L. DUNCAN, Chaplain Special Commitment Center,

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 77) is **ADOPTED;**

Plaintiffs' claims are **DISMISSED**;

Plaintiff Mujahid's Summary Judgment (Dkt. 30 in *Mujahid v. Duncan, et al. Western District of Washington* case number 09-5601 RJB) is **DENIED**; and

Plaintiff Berry's motion for attorney's fees is **DENIED**.

|  |  |
|---|---|
| April 26, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk